|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSANNE DAY,<br>ROBERT PAUL DAVIS,<br>GENEVIEVE RENEE FRAPPIER,<br>and MILES KELLY,<br><br>Defendants. | Case No. 2:19-cr-00155-JCM-GWF<br><br>**ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION PROCEDURES** |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

This matter comes before the Court on the United States' Motion for Alternative Victim Notification Procedures. The Court finds that (1) the number of potential victims in this case makes it impracticable to provide all the rights provided under 18 U.S.C. § 3771(a); (2) the "multiple crimes provision" of the Act applies to this case; and (3) the means of notifying potential victims as set forth constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Act.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3771(d)(2), that the United States is authorized to comply with 18 U.S.C. § 3771(a) by posting information relevant to victims in this case on the Department of Justice's website for large cases and the U.S. Attorney's Office public website.

IT IS SO ORDERED July 26, 2019.

_____
UNITED STATES DISTRICT JUDGE