# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-155-JCM-EJY |
|---|---|
| Plaintiff, | **ORDER TO UNSEAL ARREST WARRANTS** |
| v. | |
| ROSANNE DAY, ROBERT PAUL DAVIS, GENEVIEVE RENEE FRAPPIER, and MILES KELLY, | |
| Defendants. | |

This matter comes before the Court on the United States' Motion to Unseal Arrest Warrants. Finding good cause, IT IS THEREFORE ORDERED, that the Clerk of the Court unseal both the arrest warrants issued in connection with the Superseding Indictment on March 4, 2020, (ECF Nos. 24, 25, 26, 27) and the arrest warrants issued in connection with the original Indictment on June 19, 2019 (ECF Nos. 7, 8, 9, 10).

IT IS SO ORDERED this 10th day of March, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES DISTRICT/MAGISTRATE JUDGE