NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
ronald.cheng@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00155-JCM-EJY |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| ROSANNE DAY, ROBERT PAUL DAVIS, GENEVIEVE RENEE FRAPPIER, and MILES KELLY, | |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that John W. Burke, Trial Attorney with the United States Department of Justice, Consumer Protection Branch, be permitted to appear before this Court in the above-captioned case.

Mr. Burke is a member in good standing of the bar of the State of Virginia, is employed by the United States as an attorney, and, in the course and scope of his

///

///

///

employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 8th day of July, 2020.

                                              Respectfully Submitted,

                                              */s/ Ronald L. Cheng*
                                              RONALD L. CHENG
                                              Chief, Criminal Division
                                              Assistant United States Attorney

IT IS SO ORDERED: _____
                                HONORABLE ELAYNA J. YOUCHAH
                                UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2020